The next matter on our calendar is Lauren McCabe Weisberg. Mr. Whitefield, you understand the people you've sued have chosen not to appear today, so you have the floor by yourself. Okay, let's put it out to Whitfield. Thank you. And you should know that we've read your papers. Okay, thank you. I put something together yesterday, which I believe is the overlayment of this matter. May I speak now? Yes, you may speak. All right. This is all for case 20-590 to reverse the unlawful summary judgment on the constructive trust of 18CV7259 and remand the trial court for further proceedings. Reference to my identity and political status, good morning. I come here now because of necessity and by special appearance with clean hands. I am Brother Lauren B. Whitfield, 32nd degree, Secured Party and creditor to the United States on my full faith and credit. I am a vested member and executive officer of the Congress and legislative body of Epsilon Lodge No. 124, under the auspices of the Supreme Council of the 33rd degree of ancient Saskatchewan rights for the state of Louisiana, founded in 1839 and incorporated by a special act of legislature on March 16th, 1870. I believe it's a foreign body pursuant to law. Our article of incorporation by Act No. 24 is a self-executing treaty, which I believe is protected by the established by Brother Lauren B. Whitfield, 32nd degree, is a national and unincorporated Cherokee-American biblical and indigenous to the territory called North Carolina. Mr. Whitfield, can I ask you a question? Yes. What are you saying that the district court did that was wrong? The district court basically dismissed your complaint for two reasons. You don't seem to address those in your brief, but what are you saying the district court did wrong? What I'm saying is wrong was they did not give me a trial by jury of my peers as a preserve, and also they used or allowed the adversary to come in after 30 days and with forged and fraudulent documents and gave them what they wanted. May I continue with the diversity? And would I have here? Well, I mean, I think the goal is really to focus on the errors that you allege were made in the district court. Okay. Yes. Well, this so-called note is a security note, which was canceled and extinguished by the CFPB and DOJ when they sanctioned National City Bank, which did predatory lending when this note was created. I believe PNC and they were sanctioned 35 million or so, and it was ordered to give relief, and this was not done. And this, like I said, is a security note. It was not governed by New York UCC Article 3, as it goes to the instrument, but New York UCC Article 8 as a security. And it's also a financial asset and private property belonging to the state of Boeing, which they'll end the endorser. The endorsement, which was bought by or made by or under inducement of fraud, like I said, was rescinded and restated as rescinded. McCabe tried to argue that it was past the rescission totaling period, but the CFPB has made it clear that until the transaction has been consummated, all notices and requirements of the other party that the totaling doesn't begin. Also, diversity. Diversity was denied, and all the proceedings before in the lower courts were against our rights or constitutionally protected rights and should have never been allowed in the lower court. They even went to the landlord-tenant court after they unlawfully got permission to sell the property, which was not put on open market, but bought allegedly by PNC only under market value. So they got away with fraud and this note, which was fraud, and I was the endorser, and this note is not what they used. It's not original. It's forged and fabricated and doctored, and they had no merit. There's no contract to enforce their greed and their pleas in the lower court that they had no contract to enforce. Mr. Whitfield, your time has expired. That's five minutes already? Yep. Okay. Thank you very much. We will reserve decision. That concludes our argument calendar for today. I will ask the clerk to adjourn court. Okay. Thank you. Is it possible that we could get a copy of this reported proceeding? You can adjourn court. Court is adjourned.